**HERO LANDS COMPANY, et al.,
petitioners, v. UNITED STATES.
No. 83–1337.**

Supreme Court of the United States.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit.

May 14, 1984. Denied.